# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CRAIG P. BRADLEY II,

      Plaintiff,

v.

      Case No. 12-10081
      Hon. Gerald E. Rosen
      Magistrate Judge Charles E. Binder

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## JUDGMENT OF DISMISSAL

At a session of said Court, held in the U.S. Courthouse, Detroit, Michigan on           March 22, 2013

PRESENT: Honorable Gerald E. Rosen
                 Chief Judge, United States District Court

The Court having this day entered an order adopting the Magistrate Judge's Report and Recommendation, denying Plaintiff's motion for summary judgment, and granting Defendant's motion for summary judgment,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and hereby is, DISMISSED in its entirety with prejudice.

Dated:  March 22, 2013                 s/Gerald E. Rosen
                                                  Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 22, 2013, by electronic and/or ordinary mail.

                 s/Julie Owens
                 Case Manager, (313) 234-5135